JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURACK D. BRAY,<br><br>    Petitioner,<br><br>    v.<br><br>STATE OF CALIFORNIA, et. al.,<br><br>    Respondent. | Case No. CV 22-2762-SSS (AS)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

**IT IS ORDERED** that the Petition is denied and dismissed without prejudice.

Dated: February 8, 2023

_____
SUNSHINE S. SYKES
United States District Judge

-1-